IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Winchester, Evon | Case Number: 04 B 24749 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/10/08 | Filed: 7/1/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 3, 2008
Confirmed: August 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,641.12 | |
| Secured: | | 16,557.08 |
| Unsecured: | | 4,277.47 |
| Priority: | | 0.00 |
| Administrative: | | 2,955.20 |
| Trustee Fee: | | 1,367.95 |
| Other Funds: | | 483.42 |
| Totals: | 25,641.12 | 25,641.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,955.20 | 2,955.20 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Financial | Secured | 16,557.08 | 16,557.08 |
| 4. | ECast Settlement Corp | Unsecured | 139.93 | 139.93 |
| 5. | Resurgent Capital Services | Unsecured | 140.84 | 140.84 |
| 6. | Resurgent Capital Services | Unsecured | 629.88 | 629.88 |
| 7. | DaimlerChrysler Financial | Unsecured | 660.14 | 660.14 |
| 8. | Resurgent Capital Services | Unsecured | 298.88 | 298.88 |
| 9. | RoundUp Funding LLC | Unsecured | 492.01 | 492.01 |
| 10. | Specialized Management Consultants | Unsecured | 124.41 | 124.41 |
| 11. | Resurgent Capital Services | Unsecured | 30.00 | 30.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 20.36 | 20.36 |
| 13. | ECast Settlement Corp | Unsecured | 1,349.60 | 1,349.60 |
| 14. | ECast Settlement Corp | Unsecured | 71.34 | 71.34 |
| 15. | Capital One | Unsecured | 197.93 | 197.93 |
| 16. | ECast Settlement Corp | Unsecured | 52.13 | 52.13 |
| 17. | ECast Settlement Corp | Unsecured | 70.02 | 70.02 |
| 18. | Social Security Administration | Unsecured | 496.30 | 0.00 |
| 19. | Preferred Open MRI | Unsecured | | No Claim Filed |
| 20. | Citi Cards | Unsecured | | No Claim Filed |
| 21. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| | | | $ 24,286.05 | $ 23,789.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Winchester, Evon

Printed: 12/10/08

Case Number:  04 B 24749
Judge:  Squires, John H
Filed:  7/1/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 216.04 |
| 4% | 44.59 |
| 3% | 36.46 |
| 5.5% | 210.30 |
| 5% | 67.44 |
| 4.8% | 163.92 |
| 5.4% | 613.26 |
| 6.6% | 15.94 |
|  | $ 1,367.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

